166 A.3d 230

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. TARIK A. DUPREE, DEFENDANT–PETITIONER.

April 6, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003474–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.